UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMIRA ALAGUSHOVA,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES 1 to 100,<br><br>Defendant. | CASE NO. 24-cv-09023-NC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed:  November 4, 2024 |

On or about October 8, 2025, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Good cause appearing, the Court GRANTS the joint motion and DISMISSES WITH PREJUDICE this action in its entirety. Each party must bear their own attorneys' fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated:  October 8, 2025

_____
HON. NATHANAEL COUSINS
U.S. DISTRICT COURT JUDGE

[GRANTED — Judge Nathanael M. Cousins]

4927-7227-1464.2

# CERTIFICATE OF SERVICE

I, Melissa Tamura, declare as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 years and not a party to this action. My business address is 801 South Figueroa Street, Suite 2100, Los Angeles, California 90017.

On October 8, 2025, I electronically filed the attached document:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the adverse party at the following email addresses:

Erik Zograbian, Esq. of D&Z LAW GROUP, LP

Email: erik@dzlawgroup.org – Counsel for Plaintiff *ELMIRA ALAGUSHOVA*

Abraham Dervishian, Esq. of D&Z LAW GROUP, LP

Email: abraham@dzlawgroup.org; gayane@dzlawgroup.org – Counsel for Plaintiff *ELMIRA ALAGUSHOVA*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 8, 2025 at Los Angeles, California.

           /s/ Melissa Tamura
           MELISSA TAMURA